UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA

                               :            MAGISTRATE NO. 12-80(JAP)

                               :

    v.

                               :                   ORDER

JORGE LUGO                         :


The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

It is on this     __22ND__     day of     __JUNE__    , 2012,

ORDERED that        __LISA VAN HOECK__        from the Office of the Federal Public

Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until

further order of the Court.


_____

Douglas E. Arpert
United States Magistrate Judge